# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SANDRA SEEGARS-HOLMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action ) File No.: 1:20-cv-05035-MHC-WEJ ) ) |
| A.W. HOLDINGS, LLC, An Indiana Corporation, D/B/A BENCHMARK HUMAN SERVICES, GINGER SUNBOM and JOSEPH DARLING | ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Sandra Seegars-Holmes ("Plaintiff") and Defendants A.W. Holdings, LLC d/b/a Benchmark Human Services, Ginger Sunbom and Joseph Darling ("Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and hereby stipulate that the above-styled action should be dismissed in its entirety with prejudice.

Respectfully submitted this 14th day of July, 2021.

**[Signatures on next page]**

4829-7155-4546.1

- 2 -

| *Attorney for Plaintiff* | *Attorney for Defendants* |
|---|---|
| /s/ E. Linwood Gunn | /s/ Toni J. Read |
| E. Linwood Gunn | Toni J. Read |
| Georgia Bar No. 315265 | Georgia Bar No. 140982 |
| The Gunn Law Firm LLC | Lewis Brisbois Bisgaard & Smith LLP |
| 244 Roswell Street, Suite 100 | 600 Peachtree Street NE, Suite 4700 |
| Marietta, Georgia 30060 | Atlanta, Georgia 30308 |
| (470) 508-0020 | (404) 567-6589 |
| elg@atldiscriminationlawyers.com | toni.read@lewisbrisbois.com |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this **STIPULATION OF DISMISSAL WITH PREJUDICE** complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia.  Counsel hereby states that this **STIPULATION OF DISMISSAL WITH PREJUDICE** has been typed in Times New Roman 14 count.

/s/  *Toni J. Read*